[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 17, 2001
THOMAS K. KAHN
CLERK

No. 00-10097

D.C. Docket No. 99-10110-CIV-ROETTGER

KRIS EDWARD HELTON,

Plaintiff-Appellee,

versus

SECRETARY FOR THE DEPARTMENT
OF CORRECTIONS,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

**(July 17, 2001)**

Before TJOFLAT, HILL, and POLITZ*, Circuit Judges.

PER CURIAM:

The petition for rehearing filed by the Secretary for the Department of Corrections is GRANTED.  The panel's prior opinion, <u>Helton v. Secretary for the Dep't of Corrections</u>, 233 F.3d 1322 (11th Cir. 2000), is hereby VACATED.

SO ORDERED.

_____

*Honorable Henry A. Politz, U.S. Circuit Judge for the Fifth Circuit, sitting by designation.